| CRIMINAL CASE COVER SHEET | | U.S. DISTRICT COURT |
|---|---|---|
| | | Complete entire form |

**Place of Offense:**
City Oxford
County Lafayette

**Related Case Information:**
Superseding Indictment _____ Case Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number 3:19-cr-65; 4:19-cr-93; 4:19-cr-141; 4:19-cr-124; 3:20-cr-55

RECEIVED FEB 16 2022

**Defendant Information:**
Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name Douglas Jones
Alias Name "White Baby"; "Jocko", "White Boy"
Address MDOC
DOB 1988   SS# ***-**-8578   Sex M   Race W   Nationality _____
Represented by: _____

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**
Arrest Date _____
☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts   5       ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18.1962.F | RICO - conspiracy | 1 |
| Set 2  21.846.F | Conspiracy to Distribute Controlled Substance | 3 |
| Set 3  18.1956.F | Money Laundering - controlled substance | 4 |
| Set 4  _____ | **see attached page 2 ** | _____ |

**U.S. Attorney Information:** AUSA Samuel R. Stringfellow    Bar # 105587

Date: 2/15/2022    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    3:22 cr 8

**CRIMINAL CASE COVER SHEET**                  **U.S. DISTRICT COURT**

**DOUGLAS JONES**
Page Two

| Title & Section | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18.1959-7471.F | Attempted Murder in Aid of Racketeering | 5 |
| 18.1959-1600.F | Assault in Aid of Racketeering | 6 |